**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 18-7114**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

TOYON RASHAD JONES, JR., a/k/a Trouble,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:09-cr-00280-D-1)

_____

Submitted:  December 18, 2018            Decided:  December 21, 2018

_____

Before AGEE, THACKER, and HARRIS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Toyon Rashad Jones, Jr., Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Toyon Rashad Jones, Jr., appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction. We have reviewed the record and find no reversible error. *See United States v. Peters*, 843 F.3d 572, 577 (4th Cir. 2016) (providing standard). Accordingly, we affirm the district court's judgment. *United States v. Jones*, No. 5:09-cr-00280-D-1 (E.D.N.C. July 31, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
